# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES RIFFIN** | : | **CIVIL ACTION** |
| *Plaintiff – Pro se* | : | |
| | : | **NO. 17-5685** |
| **v.** | : | |
| | : | |
| **CONSOLIDATED RAIL** | : | |
| **CORPORATION** | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 30th day of January 2019, upon consideration of the *motion to dismiss* filed by Defendant Consolidated Rail Corporation ("Defendant"), [ECF 11], the opposition thereto filed by Plaintiff James Riffin ("Plaintiff"), [ECF 15], Plaintiff's Errata, [ECF 16], Defendant's reply, [ECF 19], Plaintiff's reply, [ECF 21], and the allegations contained in Plaintiff's complaint, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion to dismiss is **GRANTED**, and Plaintiff's complaint is **DISMISSED**. The Clerk of Court is directed to mark this matter **CLOSED**.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*